NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-FI ONE, LLC,**
*Appellant*

v.

**BROADCOM CORP.,**
*Appellee*

---

2015-1944, 2015-1945, 2015-1946

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00601, IPR2013-00602, IPR2013-00636.

---

PER CURIAM.

The court sua sponte enters the following order.

### O R D E R

IT IS ORDERED THAT:

The parties shall file simultaneous supplemental briefs of no more than 10 pages in length, double spaced, by July 25, 2016. The briefs should address the question of what bearing the Supreme Court's decision in *Cuozzo Speed Technologies, LLC v. Lee*, No. 15-446, 579 U.S. __ (Jun. 20, 2016), has on our court's decision in *Achates*

*Reference Publishing, Inc. v. Apple Inc.*, 803 F.3d 652 (Fed. Cir. 2015).

FOR THE COURT

July 12, 2016　　　　　/s/ Peter R. Marksteiner
　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　Clerk of Court