# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**PETER R. MARKSTEINER**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

November 4, 2016

Dominic E. Massa
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

RE:  Wi-Fi One, LLC v. Broadcom Corporation, 15-1944

Dear Counsel:

The court invites a response from the appellee to the combined petition for panel rehearing and rehearing en banc filed by the appellant in this matter.

Please file your response in accordance with Fed. Cir. Rules 35 and 40 on or before November 18, 2016.

Very truly yours,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Donald Puckett